United States District Court
Southern District of Texas
**ENTERED**
December 11, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-211 |
| | § | |
| MOHIT RANA, | § | |
| | § | |
| Respondent. | § | |

# ORDER

On December 10, 2019, Petitioner filed a Motion to Dismiss (Doc. 10). The dismissal was without prejudice to refiling. Having reviewed the motion the Court notes that (1) Respondent ended his hunger strike on December 3, 2019, (2) Petitioner's medical personnel found no reason to continue involuntary hydration measures and (3) Respondent is no longer in Petitioner's custody. Accordingly, it is:

**ORDERED** that Petitioner's Motion to Dismiss (Doc. 10) is **GRANTED**; and

**ORDERED** that Petitioner's claims are **DISMISSED** without prejudice.

The Clerk's Office is directed to terminate this case.

SIGNED this 11th day of December, 2019.

Fernando Rodriguez, Jr.
United States District Judge